Submitted on remand from the Oregon Supreme Court September 12, affirmed October 15, 2003

STATE OF OREGON,
*Respondent,*

*v.*

CRAIG DONALD TRAX,
*Appellant.*

97CR2980FA; A105215 (Control)

STATE OF OREGON,
*Respondent,*

*v.*

LISA MARIE TRAX,
*Appellant.*

97CR2980FB; A105216
(Cases Consolidated)

78 P3d 114

David E. Groom, Public Defender, and Robin A. Jones, Deputy Public Defender, for appellants.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Douglas F. Zier, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

## PER CURIAM

This case is before us following remand from the Oregon Supreme Court. *State v. Trax*, 335 Or 597, 75 P3d 440 (2003). The only remaining issue on remand warranting a published discussion concerns the trial court's denial of defendants' motions to controvert. We reject defendants' contentions in that regard and adopt the reasoning for rejecting those contentions set forth in Chief Judge Deits's dissenting opinion in our initial decision in this case. *State v. Trax*, 179 Or App 193, 219-21, 39 P3d 887 (2002) (Deits, C. J., dissenting).

Affirmed.